**N. P. LOWRY, Building Inspector of City of Miami, Florida, a Municipal Corporation et al., Plaintiffs in Error, v. STATE of Florida ex rel. ORANGE STATE OIL COMPANY, a Florida Corporation, Defendant in Error.**

Supreme Court of Florida.
Jan. Term, 1936.

J. W. Watson, Jr., of Miami, for plaintiffs in error.

M. Lewis Hall, of Miami, for defendant in error.

### PER CURIAM.

Writ of error dismissed on motion of counsel for the respective parties.

**L. & L. FREIGHT LINES, Incorporated, a Corporation, Appellant, v. W. B. DOUGLASS, as Chairman, etc., et al., Appellees.**

Supreme Court of Florida.
Jan. Term, 1936.

Leo P. Kitchen and Dan R. Schwartz, both of Jacksonville, for the motion.

### PER CURIAM.

Appeal dismissed on motion of counsel for appellant.

**Robert E. McALLISTER et al., Appellants, v. Edna H. McALLISTER, Appellee.**

Supreme Court of Florida.
Jan. Term, 1936.

H. H. Taylor and Henry H. Taylor, Jr., both of Miami, for appellants.

Pine & Giblin, of Miami, for appellee.

### PER CURIAM.

Appeal dismissed on motion of counsel for the respective parties.

**Carl McCORMICK, Plaintiff in Error, v. STATE of Florida, Defendant in Error.**

Supreme Court of Florida.
Jan. Term, 1936.

Samuel B. Wilson, of Jacksonville, for plaintiff in error.

Cary D. Landis, Atty. Gen., and Roy Campbell, Asst. Atty. Gen., for the State.

### PER CURIAM.

Writ of error dismissed on motion of the Attorney General.

**J. L. McDONALD, Appellant, v. Thelma Blanche Myles McDONALD, Appellee.**

Supreme Court of Florida.
Jan. Term, 1936.

Ernest Dart, of Jacksonville, for appellant.

J. H. Ross, of Jacksonville, for appellee.

### PER CURIAM.

Appeal dismissed on motion of counsel for the respective parties.